

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.

CASE NO. 8:20-cr-30-T-36TGW
21 U.S.C. § 846

EDWAR RODRIGUEZ,
    a/k/a "Domi,"
    a/k/a "Brooklyn,"
CHRISTIAN SANTIAGO RONDON,
VICTOR SANTIAGO RONDON,
OLGA PATRICIA JACKSON,
JORGE RAMIREZ,
    a/k/a "Dientes,"
    a/k/a "Ching,"
    a/k/a "Cha-Ching," and
CARLOS BIRIS MARTINEZ,
    a/k/a "Weecho,"
    a/k/a "Joto"



## INDICTMENT

The Grand Jury charges:

## COUNT ONE

Beginning on an unknown date, but not later than on or about January 1, 2018, and continuing through on or about April 23, 2019, in the Middle District of Florida, and elsewhere, the defendants,

EDWAR RODRIGUEZ,
a/k/a "Domi,"

a/k/a "Brooklyn,"
CHRISTIAN SANTIAGO RONDON,
VICTOR SANTIAGO RONDON,
OLGA PATRICIA JACKSON,
JORGE RAMIREZ,
a/k/a "Dientes,"
a/k/a "Ching,"
a/k/a "Cha-Ching," and
CARLOS BIRIS MARTINEZ,
a/k/a "Weecho,"
a/k/a "Joto,"

did knowingly and willfully conspire with each other and other persons, both known and unknown to the Grand Jury, to possess with intent to distribute and to distribute a controlled substance. The violation involved 50 grams or more of methamphetamine, a Schedule II controlled substance, a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, and a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance.

All in violation of 21 U.S.C. §§ 846 and 21 U.S.C. §§ 841(b)(1)(A)(viii) and (b)(1)(C).

**FORFEITURE**

1. The allegations contained in Count One are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 21 U.S.C. § 853 and 28 U.S.C. § 2461(c).

2. Upon conviction of a violation of 21 U.S.C. §§ 846 and/or 841(a)(1), as alleged in Count One, the defendants,

> EDWAR RODRIGUEZ,
> a/k/a "Domi,"
> a/k/a "Brooklyn,"
> CHRISTIAN SANTIAGO RONDON,
> VICTOR SANTIAGO RONDON,
> OLGA PATRICIA JACKSON,
> JORGE RAMIREZ,
> a/k/a "Dientes,"
> a/k/a "Ching,"
> a/k/a "Cha-Ching," and
> CARLOS BIRIS MARTINEZ,
> a/k/a "Weecho,"
> a/k/a "Joto,"

shall forfeit to the United States, pursuant to 21 U.S.C. §§ 853(a)(1) and (2), any property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as a result of such violation, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation.

3. The property to be forfeited includes, but is not limited to, an order of forfeiture in the amount of proceeds obtained from the offense.

4. If any of the property described above, as a result of any act or omission of the defendants:

   a. cannot be located upon the exercise of due diligence;

3

      b.     has been transferred or sold to, or deposited with, a third party;

      c.     has been placed beyond the jurisdiction of the court;

      d.     has been substantially diminished in value; or

      e.     has been commingled with other property that cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property under the provisions of 21 U.S.C. § 853(p).

A TRUE BILL,

_____
Foreperson

MARIA CHAPA LOPEZ
United States Attorney

By: _____
Michael M. Gordon
Assistant United States Attorney

By: _____
Christopher F. Murray
Assistant United States Attorney
Chief, Violent Crimes and Narcotics Section

FORM OBD-34
January 20_____No._____

# UNITED STATES DISTRICT COURT
Middle District of Florida
Tampa Division

THE UNITED STATES OF AMERICA

vs.

EDWAR RODRIGUEZ,
    a/k/a "Domi,"
    a/k/a "Brooklyn,"
CHRISTIAN SANTIAGO RONDON,
VICTOR SANTIAGO RONDON,
OLGA PATRICIA JACKSON,
JORGE RAMIREZ,
    a/k/a "Dientes,"
    a/k/a "Ching,"
    a/k/a "Cha-Ching," and
CARLOS BIRIS MARTINEZ,
    a/k/a "Weecho,"
    a/k/a "Joto"

## INDICTMENT

Violations: 21 U.S.C. § 846

A true bill,

_____
Foreperson

Filed in open court this 22nd day

of January, 2020.

_____
Clerk

Bail $_____

GPO 863 525