UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

## CLERK'S MINUTES

| CASE NO.: | 8:20-cr-30-T-36TGW | DATE: | February 27, 2020 |
|---|---|---|---|
| **HONORABLE ANTHONY E. PORCELLI** | | **INTERPRETER:** | n/a |
| UNITED STATES OF AMERICA<br><br>v.<br><br>JORGE RAMIREZ | | **LANGUAGE:** | |
| | | **GOVERNMENT COUNSEL**<br>Mike Gordon, AUSA | |
| | | **DEFENSE COUNSEL**<br>Chris DeLaughter, Esq. | |
| **COURT REPORTER:** DIGITAL | | **DEPUTY CLERK:** | Lynne Vito |
| **TIME:** 10:31 to 10:36 | **TOTAL:** 5 min | **PRETRIAL:** | Danielle Sull |
| **PROCEEDINGS:** Motion hearing | | **COURTROOM:** | 10A |

Defendant present (on bond).

MOTION for miscellaneous relief, specifically Substitute third party and allow relocation *to live with wife as new third-party custodian* by Jorge Ramirez (dkt #61).

Current conditions do not have a third-party custodian.   Mother co-signed on secured bond and defendant is directed to reside at residence with mother.

Defendant would like to reside with wife.   Wife lives in same town as mother.

Government has no objection to the change of residence.

Cristina Ramirez (wife of defendant) proffers to the court, she is willing to act as third-party custodian and to have the defendant reside with her.

Court orders motion granted, defendant can reside with wife at her residence.   Adds the condition the wife is the act as third party custodian.