UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:20-cr-30-T-36TGW

JORGE RAMIREZ

**GOVERNMENT'S INFORMATION
AND NOTICE OF PRIOR CONVICTION**

Pursuant to 21 U.S.C. §§ 851 and 841(b)(1), the United States of America files this information and notice of defendant JORGE RAMIREZ's prior convictions and states the following:

1. On January 22, 2020, a federal grand jury charged RAMIREZ and five co-defendants in a one-count indictment. The indictment charged RAMIREZ and his co-defendants with conspiring to possess with intent to distribute and to distribute 50 grams or more of methamphetamine, a mixture or substance containing a detectable amount of cocaine, and a mixture or substance containing a detectable amount of heroin, in violation of 21 U.S.C. §§ 846 and 841(b)(1)(A)(viii) and (b)(1)(C). Doc. 1.

2. Upon conviction for the offenses alleged in Count One, 21 U.S.C. § 841(b)(1)(A) provides for a penalty of "imprisonment which may not be less than 10 years or more than life;" a fine not to exceed $10,000,000; and

a term of supervised release of at least five years and up to life. 21 U.S.C. § 841(b)(1)(A).

3. In addition, for the offenses alleged in Count One, 21 U.S.C. § 841(b)(1)(A), as amended by the FIRST STEP Act, Pub. L. 115-391, provides an increased minimum penalty when "any person commits such a violation after a prior conviction for a serious drug felony or serious violent felony has become final." Pursuant to 21 U.S.C. § 841(b)(1)(A) and the FIRST STEP Act, the new term of imprisonment under such conditions "may not be less than 15 years and not more than life imprisonment;" a fine not to exceed $20,000,000; and a term of supervised release of at least ten years and up to life. *Id.*

4. Meanwhile, 21 U.S.C. § 851(a)(1) provides that "[n]o person who stands convicted under this part shall be sentenced to an increased punishment by reason of one or more prior convictions, unless before trial, or before entry of a plea of guilty, the United States Attorney files an Information with the Court (and serves a copy of such Information on the person or counsel for the person) stating in writing the previous convictions to be relied upon."

5. RAMIREZ has the following prior qualifying serious drug felony conviction:

    a. On or about October 17, 2012, RAMIREZ was convicted of trafficking in cocaine, a felony, in violation of Fla. Stat. § 893.135(1)(b)(1), in Case No. 11-CF-803, within the 6th Circuit Court in and for Pasco County, Florida. RAMIREZ received a sentence of 43 months of imprisonment; he was imprisoned from November 7, 2012, to October 25, 2015.

6. The conviction described above constitutes a prior "serious drug felony" conviction within the meaning of 21 U.S.C. §§ 841 and 851, as amended by the FIRST STEP Act. Accordingly, 21 U.S.C. §§ 841(b)(1) and 851 require the Court to impose the increased penalties described in this information and notice if the defendant, JORGE RAMIREZ, is convicted of the offense set forth in the Indictment.

    Respectfully submitted,

    MARIA CHAPA LOPEZ
    United States Attorney

    /s/ *Michael M. Gordon*
    Michael M. Gordon
    Assistant United States Attorney
    United States Attorney No. 182
    400 N. Tampa Street, Suite 3200
    Tampa, Florida 33602-4798
    Telephone:  (813) 274-6000
    Facsimile:  (813) 274-6358
    E-mail: michael.gordon3@usdoj.gov

U.S. v. Jorge Ramirez                    Case No. 8:20-cr-30-T-36TGW

## CERTIFICATE OF SERVICE

I hereby certify that on March 23, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Chris DeLaughter, Esq.

                                         *s/ Michael M. Gordon*
                                         Michael M. Gordon
                                         Assistant United States Attorney
                                         United States Attorney No. 182
                                         400 N. Tampa Street, Suite 3200
                                         Tampa, Florida 33602-4798
                                         Telephone:   (813) 274-6000
                                         Facsimile:   (813) 274-6358
                                         E-mail: Michael.Gordon3@usdoj.gov