IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

V.                                            CASE NO:  8:20-CR-30-CEH-TGW-5

JORGE RAMIREZ

**DEFENDANT'S SENTENCING WITNESS LIST**

The Defendant anticipates calling the following witnesses as sentencing:

1. The Defendant's Wife Cristina Garcia, 12541 Green Oak Lane, Dade City, FL.

Respectfully submitted,

/s Christopher DeLaughter
CHRISTOPHERDELAUGHTER, ESQUIRE

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished electronically by E-mail, THE OFFICE OF THE ASSISTANT UNITED STATES ATTORNEY, this 14th day of May, 2021.

/s Christopher Delaughter
CHRISTOPHER DELAUGHTER, ESQUIRE
506 North Armenia Ave.
Tampa, Florida 33609
Tel:(813) 877-6970
Fax: (813) 879-2610
Chris@barrorlaw.com
Florida Bar No.  0039629