## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

### HONORABLE CHARLENE EDWARDS HONEYWELL

| | |
|---|---|
| CASE NO. 8:20-cr-30-CEH-TGW | DATE:  June 24, 2021 |
| TITLE:        USA v. **Jorge Ramirez** | |
| TIME:        11:05 AM – 12:05 PM | TOTAL: 1 hour |

| | |
|---|---|
| Courtroom Deputy: Bettye Samuel | Interpreter: N/A |
| Court Reporter: Sharon Miller | Probation: Kaleena K. Roy |
| Counsel for Government:     Michael M. Gordon | |
| Counsel for Defendant:        Christopher George Delaughter | |

### CRIMINAL MINUTES

Court in session and counsel identified for the record.

Defendant sworn and adjudicated guilty as to Count One of the Indictment.

Counsel addressed the Court.

Defendant's objections to the Final Presentence Investigation Report:
Objection to Paragraphs 23, 36, 37, 42, 46, 108, and 116 (Drug Quantity and Guideline Computation) – OVERRULED, for the reasons stated on the record.

Defendant addressed the Court.

Cristina Ramirez, wife of Defendant, addressed the Court.

Defendant's *Oral Motion for Downward Variance* is GRANTED for the reasons stated on the record.

Imprisonment:  188 months.

Supervised Release: 10 years.

Fine is waived.

1

Special Assessment: $100.00. This obligation is to be paid immediately.

The Court makes the following recommendations to the Bureau of Prisons:

1. Defendant be incarcerated at the closest correctional facility with the appropriate security level to FCC Coleman.
2. Defendant be considered for the 500 Hour Residential Drug Abuse Program (RDAP), if eligible.
3. Defendant be allowed to study for and obtain his GED.
4. Defendant be allowed to participate in the UNICOR program, if eligible.
5. Defendant be allowed to receive vocational training in the area of electrical services.

Special conditions of supervised release:

- Defendant shall participate in a substance abuse program (outpatient and/or inpatient) and follow the probation officer's instructions regarding the implementation of this court directive.  Further, Defendant shall contribute to the costs of these services not to exceed an amount determined reasonable by the Probation Office's Sliding Scale for Substance Abuse Treatment Services. During and upon the completion of this program, Defendant is directed to submit to random drug testing.

- Defendant shall refrain from any unlawful use of controlled substances. Defendant shall submit to one drug test within 15 days of placement on supervision and at least two periodic drug tests thereafter as directed by the probation officer.  Defendant shall submit to random drug testing not to exceed 104 tests per year.

- Defendant shall cooperate in the collection of DNA as directed by the Probation Officer.

Defendant is remanded to the custody of the US Marshal.

Defendant advised of right to appeal and of right to counsel on appeal.

GUIDELINE RANGE DETERMINED BY THE COURT AT SENTENCING

| | |
|---|---|
| Total Offense Level | 35 |
| Criminal History Category | III |
| Imprisonment Range | 210 - 262 months |
| Supervised Release Range | 10 years |
| Restitution | N/A |
| Fine Range | $40,000 - $20,000,000 |
| Special Assessment | $100.00 |

Court adjourned.